JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOJGAN MADADI, | No. C 08-0127 BZ |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL and [PROPOSED] ORDER** |
| Department of Homeland Security, Michael Chertoff, Secretary, et al., | |
| Defendants. | |

    Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 08-0127 BZ

The parties shall bear their own costs and fees.

Dated: March 11, 2008                                        Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
United States Attorney

                                                             /s/
                                                          MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: March 10, 2008

                                                             /s/
                                                       JUDITH M. MORROW
Attorney for Plaintiff

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 11, 2008

                                                         BERNARD ZIMMERMAN
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-0127 BZ                      2